Inter-Maritime Forwarding Co., Inc., et al. *v.* United States

**No. 7022.**—Invoices dated London, England, May 1, 1946, etc.
Certified May 6, 1946, etc.
Entered at New York, N. Y., June 12, 1946, etc.
Entry No. 768065, etc.

(Decided March 14, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

Celanese Corp. of America et al. *v.* United States

**No. 7023.**—Invoices dated London, England, October 22, 1941, etc.
Certified October 24, 1941, etc.
Entered at New York, N. Y., December 2, 1941, etc.
Entry No. 727660, etc.

(Decided March 14, 1947)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Tilson, Judge: The question involved in the appeals listed in schedule A, hereto attached and made a part hereof, is whether or not the amount of a so-called British purchase tax should be included as a part of the dutiable value of the merchandise.

The record establishes that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence in this case.

Upon the established facts and the law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal.

Judgment will be rendered accordingly.